MD JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ FLORES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PETSMART, INC., a Delaware Corporation doing business in the state of California; LUIZ GUTIERREZ, an individual; and DOES 1 through 100,<br><br>　　　　　Defendants. | Case No. CV08-03723 VBF (SSx)<br>LASC Case No.: BC389271<br>**ORDER GRANTING STIPULATION FOR REMAND**<br><br>Complaint Filed: April 24, 2008<br>Trial Date: None Set |

## ORDER

Plaintiff LUZ FLORES ("Plaintiff") and Defendants PETSMART, INC. and LUIS GUTIERREZ ("Gutierrez") (collectively "Defendants") hereby stipulate and agree as follows:

**WHEREAS** Defendants removed this case to this Court on June 6, 2008 on the basis that diversity jurisdiction existed on the grounds that Gutierrez was fraudulently joined as a defendant; and

**WHEREAS** Gutierrez filed a Motion to Dismiss for Failure to State a Claim on June 12, 2008 on the grounds that Plaintiff failed to state a cause of action for harassment against Gutierrez because all of Gutierrez's conduct alleged in the

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.

1  Complaint constituted personnel management decisions, which are not actionable
2  harassment; and
3        **WHEREAS** the Court denied Gutierrez's Motion to Dismiss for Failure
4  to State a Claim on July 2, 2008; and
5        **WHEREAS** the Court ordered that Defendants file briefing on whether,
6  in light of the Court's ruling, the Court still has jurisdiction by July 14, 2008; and
7        **WHEREAS** the Court set an Order to Show Cause re Remand for July
8  28, 2008 at 1:30 p.m.;
9
10       NOW THEREFORE;
11 **THE PARTIES HEREBY STIPULATE AND AGREE AS**
12 **FOLLOWS:**
13     1.    That, in light of the Court's ruling on Defendant Gutierrez's
14 Motion to Dismiss, the parties agree to remand this case to State Court;
15     2.    That Defendants are not required to file briefing by July 14, 2008
16 which addresses whether the Court still has jurisdiction; and
17     3.    That the Order to Show Cause re Remand scheduled for July 28,
18 2008 is taken off calendar.
19                                **ORDER**
20 IT IS SO ORDERED.
21
22 Dated: July 16, 2008
23                                   HON. VALERIE BAKER FAIRBANK
24                                   UNITED STATES DISTRICT COURT
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.